**People of the State of Illinois, Plaintiff-Appellee, v. Willie T. Bender, Defendant-Appellant.**

**Gen. No. 51,217. (Abstract of Decision.)**

First District, First Division.

November 24, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Shelvin Singer, James N. Gramenos, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James R. Heelan, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.